## MERRIFIELD v. MERRIFIELD.

(Supreme Court, Appellate Division, First Department. June 22, 1912.)

DIVORCE (§ 269*)—ALIMONY—PAYMENT—CONTEMPT.

Where a defendant concedes that he has failed to comply with an order of the court providing for the payment of alimony to plaintiff, his wife, and no excuse is presented, plaintiff's motion to punish defendant for contempt must be granted.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 756–763; Dec. Dig. § 269.*]

Appeal from Special Term, New York County.

Action by Alice M. Merrifield against Henry W. Merrifield. From an order denying a motion to punish defendant for contempt for nonpayment of alimony, plaintiff appeals. Reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

Cyril F. Dos Passos, of New York City, for appellant.

Maxwell S. Harris, of New York City, for respondent.

PER CURIAM. The defendant concedes that he has failed to comply with the order of the court, and plaintiff is entitled to enforce it. There is no possible excuse presented, and the order appealed from must therefore be reversed with $10 costs and disbursements, and the motion granted, with $10 costs.